ERIC A. NYBERG, ESQ. (Bar No. 131105)
SARAH L. LITTLE, ESQ. (Bar No. 215635)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: s.little@kornfieldlaw.com

Attorneys for Debtor Simona Farrise Best

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Simona Farrise Best,<br><br>Debtor. | Case No. 19-41931 RLE<br><br>Chapter 7<br><br>**MOTION TO DISMISS INVOLUNTARY BANKRUPTCY CASE**<br><br>Date: October 17, 2019<br>Time: 11:00 a.m.<br>Ctrm: 201<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

TO: THE COURT AND ALL INTERESTED PARTIES:

Simona Farrise Best, the debtor named in the above-captioned involuntary bankruptcy proceeding, moves this Court for an order under Federal Rule of Civil Procedure 12(b)(6) as incorporated in Federal Rule of Bankruptcy Procedure 7012, 11 U.S.C. § 305(a) and Rules 1011, 1017(d) and 2002(a) of the Federal Rules of Bankruptcy Procedure to dismiss the pending involuntary bankruptcy case or abstain from hearing the matter. Said motion will be heard before the Honorable Roger L. Efremsky in courtroom 201 of the United States Bankruptcy Court located at 1300 Clay Street, Oakland, California 94612.

This motion asserts that there are independent grounds for the dismissal of this involuntary bankruptcy case. The grounds are as follows:

1. The petition fails to satisfy the requirements of Bankruptcy Code Section 303(b) because the debtor has twelve (12) or more creditors;

2. The petition fails to satisfy the requirements of Bankruptcy Code Section 303(b) because the claim of the sole petitioning creditor is subject to a bonafide dispute as to liability and amount, and is contingent as to liability; and

3. The interest of creditors and the Debtor would be better served by dismissal of the involuntary bankruptcy case, and therefore, the case should be dismissed under 11 U.S.C. § 305.

4. As part of the dismissal, the Debtor is seeking to recover its actual damages, including attorneys' fees, along with punitive damages against Petitioning Creditor pursuant to 11 U.S.C. § 303(i) (1) and (2).

This motion will be based upon this motion, the accompanying memorandum of points and authorities in support thereof, the accompanying declarations and the pleadings, records and papers filed herein, and such further oral and documentary evidence as may be presented at or in connection with the hearing on said motion.

Dated: September 16, 2019    Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.

                By: /s/ Eric A. Nyberg
                  (Bar No. 131105)
                  Attorneys for Debtor Simona Farrise Best

-2-
Case: 19-41931    Doc# 4    Filed: 09/16/19    Entered: 09/16/19 15:03:35    Page 2 of 2