

Roger G. Jones (*Admitted Pro Hac Vice*)
BRADLEY ARANT BOULT
CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 252-2323
Email: rjones@bradley.com

The following constitutes the order of the Court.
Signed: March 18, 2020

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Kimberly S. Fineman (CA SBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Creditor ACF 2006 Corp.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 19-41931 RLE |
| SIMONA FARRISE BEST, | Chapter 7 |
| Debtor. | **ORDER DISMISSING INVOLUNATARY PETITION** |
| | Date: March 18, 2020<br>Time: 2:00 p.m.<br>Place: U.S. Bankruptcy Court<br>1300 Clay Street, Courtroom 201<br>Oakland, CA 94612<br>Judge: Hon. Roger L. Efremsky |

The Court having read and considered the Stipulation for Dismissal of Involuntary Petition entered into between Debtor Simona Farrise Best and Petitioning Creditor ACF 2006 Corp. (the "Stipulation"), finding adequate notice to have been given to all parties in interest and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the involuntary petition filed in this case is hereby withdrawn, this case is dismissed, and the terms of the Stipulation, incorporated herein by reference, are specifically approved.

\*\*END OF ORDER\*\*

## Court Service List

None – All parties receiving electronic notice.

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152